No. 75–1517. KWIEK v. BOARD OF FIRE & POLICE COMMISSIONERS OF VILLAGE OF SCHAUMBURG ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 75–1522. KANTROWITZ v. MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. D. C. Cir. Certiorari denied.

No. 75–1526. BIEDENHARN REALTY CO., INC. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1528. BAPTISTA v. UNITED STATES; and
No. 75–1529. HATHAWAY v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 75–1530. HORAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75–1537. BLITZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–1538. MASTRANGELO ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–1540. NATICK PAPERBOARD CORP. ET AL. v. MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 1st Cir. Certiorari denied.

No. 75–1541. HOFF ET AL. v. UNITED STATES; and
No. 75–1554. STOFSKY ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–1543. MISSOURI PACIFIC RAILROAD CO. ET AL. v. WHITE ET AL. C. A. 5th Cir. Certiorari denied.